IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Melvia E. Loew, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. |
| Phillips & Cohen Associates, Ltd., a New Jersey corporation, | ) ) ) ) | |
| Defendant. | ) | Jury Demanded |

**COMPLAINT**

Plaintiff, Melvia E. Loew, brings this action under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA"), for a declaration that Defendant's debt collection practices violate the FDCPA, and to recover damages for Defendant's violations of the FDCPA, and alleges:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to § 1692k(d) of the FDCPA, and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

**PARTIES**

3. Plaintiff, Melvia E. Loew ("Loew"), is a citizen of the State of Illinois, residing in the Central District of Illinois, from whom the Defendant attempted to collect a delinquent consumer debt allegedly owed originally to Bank of America, but now owed

1

to LVNV Funding, LLC – a debt scavenger that specializes in buying old, delinquent accounts for pennies on the dollar.

4. Defendant, Phillips & Cohen Associates, Ltd. ("P&H"), is a New Jersey corporation that acts as a debt collector, as defined by § 1692a of the FDCPA, because it regularly uses the mails and/or telephone to collect, or attempt to collect, delinquent consumer debts, including delinquent consumer debts in the Central District of Illinois, and was acting as a debt collector as to the delinquent consumer debt it attempted to collect from Plaintiff.

## FACTUAL ALLEGATIONS

5. Ms. Loew is a disabled, elderly woman who could no longer afford to pay her bills. Accordingly, Ms. Loew's debts became delinquent. One such debt, allegedly owed to Bank of America, was sold to a debt scavenger, LVNV Funding. LVNV Funding hired Defendant P&C to attempt to collect this delinquent debt and, accordingly, Defendant P&C sent Ms. Loew form collection letters, dated January 14, 2006 and March 9, 2006, which both stated in part:

\* \* \*

> You previously made arrangements to satisfy your financial obligations to LVNV Funding, LLC. However, you failed to fulfill your commitment and those terms are now null and void.

\* \* \*

These letters are attached as Exhibits A and B. The statements in these letters were not true, because Ms. Loew had not made any payment arrangements to satisfy her alleged obligation to LVNV Funding.

2

6. Via letters dated March 21, 2006, March 24, 2006 and March 30, 2006 one of Ms. Loew's attorneys wrote P&C letters advising it that they represent Ms. Loew. Copies of these letters are attached as Group Exhibit C.

7. Defendant, however, ignored these letters of representation (Group Exhibit C) and, via a letter dated April 25, 2006, directly communicated with Ms. Loew to demand payment of the debt she now allegedly owed to LVNV Funding. A copy of this letter is attached as Exhibit D.

8. All actions at issue in this matter occurred within one year of the date of this Complaint.

9. The statements in Defendant's form collection letters are to be interpreted under the "unsophisticated consumer" standard. See, Bartlett v. Heibl, 128 F.3d 497, 500 (7th Cir. 1997); Chauncey v. JDR, 118 F.3d 516, 519 (7th Cir. 1997); Avila v. Rubin, 84 F.3d 222, 226 (7th Cir. 1996).

### COUNT I
### Violation Of § 1692e Of The FDCPA -
### Making False Statements

10. Plaintiff adopts and realleges ¶¶ 1-9.

11. Section 1692e of the FDCPA prohibits a debt collector from using any false, deceptive or misleading representations or means in connection with the collection of a debt, see 15 U.S.C. § 1692e.

12. Specifically, Defendant violated this provision because, in its collection letters to Plaintiff (Exhibits A and B), it falsely stated, "You previously made arrangements to satisfy your financial obligations to LVNV Funding, LLC. However, you failed to fulfill your commitment and those terms are now null and void". Ms. Loew,

3

however, never made arrangements to pay the debt. Thus, P&C violated § 1692e of the FDCPA.

13. Defendant's violations of § 1692e of the FDCPA render it liable for damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

## COUNT II
### Violation Of § 1692c(a)(2) Of The FDCPA -- Communicating With A Consumer Represented By Counsel

14. Plaintiff adopts and realleges ¶¶ 1-9.

15. Section 1692c(a)(2) of the FDCPA prohibits a debt collector from communicating with a consumer if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address. Defendant was given written notice that Plaintiff was represented by an attorney in connection with this debt (Group Exhibit C). By sending another debt collection letter directly to Plaintiff (Exhibit D), despite notice that Plaintiff was represented by counsel in connection with this debt, Defendant violated § 1692c(a)(2) of the FDCPA.

16. Defendant's violation of § 1692c(a)(2) of the FDCPA renders it liable for damages, costs, and reasonable attorneys' fees. See, 15 U.S.C. § 1692k.

### PRAYER FOR RELIEF

Plaintiff, Melvia E. Loew, prays that this Court:

1. Declare that Defendant's debt collection practices violated the FDCPA;

2. Enter judgment in favor of Plaintiff Loew, and against Defendant, for damages, costs, and reasonable attorneys' fees as provided by § 1692k(a) of the FDCPA; and,

3.  Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff, Melvia E. Loew, demands trial by jury.

Melvia E. Loew,

By: _____
One of Plaintiff's Attorneys

Dated: August 31, 2006

David J. Philipps     (Ill. Bar No. 06196285)
Bonnie C. Dragotto  (Ill. Bar No. 06286065)
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

5

Return Service Requested

01/14/06

M-TH - 8am - 9pm  
Fri. - 8am - 6pm  
Sat - 8am - 12pm

Melvia E Loew  
▮▮▮▮▮▮▮▮▮▮  
▮▮▮▮▮▮ IL ▮▮▮▮▮  
|||..||||...||.|.|....|||.|...|.|...||..||..||.|.|||

258 Chapman Rd  
Suite 205  
Newark, DE 19702

Account #: ▮▮▮▮▮  
Balance: $7499.67

--- 

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re:  Client:                LVNV Funding, LLC  
     Original Creditor:     Bank of America  
     Client Acct#:          ▮▮▮▮▮  
     Our Acct#:             ▮▮▮▮▮  
     Balance:               $7499.67

Dear Melvia E Loew:

You previously made arrangements to satisfy your financial obligation to LVNV Funding, LLC. However, you failed to fulfill your commitment and those terms are now null and void.  *not true*

Phillips & Cohen Associates has been retained by LVNV Funding, LLC to recover the outstanding amount owed to them on the above referenced account. LVNV Funding, LLC has indicated to us that this debt is just and legitimate, and is therefore approaching this matter with the utmost seriousness.

Our collection agreement with LVNV Funding, LLC stipulates that we explore all options for recovering the amount owed to them. This letter is designed to afford you the opportunity to resolve your obligation without the need for us to pursue further collection activity.

We would prefer to work with you to resolve this matter.. Therefore, we propose you take advantage of this opportunity by sending in full payment in the amount of 7499.67. This will completely satisfy your financial obligation and your credit history will be updated to reflect that this matter has been resolved.

You have a very important decision to make. To take advantage of this opportunity, return this notice with payment in the envelope provided. Should you have any questions, you may contact our office at the above referenced number.

Sincerely,

Adam S. Cohen  
Co-Chairman/CEO

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

EXHIBIT A

Phillips & Cohen Associates, Ltd. • 258 Chapman Rd, Suite 205 • Newark, DE 19702 • (800) 949-4512  
Office Hours: M-Th 8AM-9PM ET; F 8AM-6PM ET; Sat 8AM-12PM ET

(QESP)40:T023:007089:001:1000:06014:PU01:PCAL691:01:                                                                                                          PCAL691

**Phillips & Cohen Associates, Ltd.**
Ph 800-259-6991
Fx 302-368-0970

03/09/06

M-TH - 8am - 9pm
Fri. - 8am - 6pm
Sat - 8am - 12pm


Melvia E Loew
IL

258 Chapman Rd
Suite 205
Newark, DE 19702

Account #:
Balance: $7562.68

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re: Client:     LVNV Funding, LLC     Original Creditor:    Bank of America
Client Acct#:                                                Our Acct#:
Balance:                $7562.68

Dear Melvia E Loew:

You previously made arrangements to satisfy your financial obligation to LVNV Funding, LLC. However, you failed to fulfill your commitment and those terms are now null and void

Phillips & Cohen Associates has been retained by LVNV Funding, LLC to recover the outstanding amount owed to them on the above referenced account. LVNV Funding, LLC has indicated to us that this debt is just and legitimate, and is therefore approaching this matter with the utmost seriousness.

Our collection agreement with LVNV Funding, LLC stipulates that we explore all options for recovering the amount owed to them. This letter is designed to afford you the opportunity to resolve your obligation without the need for us to pursue further collection activity.

We would prefer to work with you to resolve this matter.. Therefore, we propose you take advantage of this opportunity by sending in full payment in the amount of $7562.68. This will completely satisfy your financial obligation and your credit history will be updated to reflect that this matter has been resolved.

By now you should have in your possession all of the necessary documents to file for your state and federal income tax refund. Assuming this debt is valid, we recommend that you use any refund you receive as an opportunity to satisfy this obligation.

You have a very important decision to make. To take advantage of this opportunity, return this notice with payment in the envelope provided. Should you have any questions, you may contact our office at 800-259-6991.

Sincerely,

Adam S. Cohen, Co-Chairman/CEO

## ** IMPORTANT CONSUMER INFORMATION **

Unless you notify this office within thirty (30) days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within thirty (30) days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you copy of such verification or judgment. If you request this office in writing within thirty (30) days of receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.

EXHIBIT B

Phillips & Cohen Associates, Ltd. • 258 Chapman Rd, Suite 205 • Newark, DE 19702 • (800) 949-4512
Office Hours: M-Th 8AM-9PM ET; F 8AM-6PM ET; Sat 8AM-12PM ET

(QESP)35:T049:010772:001:1000:06068:PU01:PCAL91T:01:                                         PCAL691T

# Legal Advocates for Seniors and People with Disabilities
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

**VIA FACSIMILE 609.518.9442 & USA MAIL**

March 21, 2006

Phillips & Cohen Associates, Ltd.
258 Chapman Rd., Suite 205
Newark, DE 19702

Re: Melvia E. Loew
Consumer's account: ▇▇▇▇▇▇▇

LASPD file number: 329

Dear Sir or Madam:

I am writing to inform you that this office now represents the above-named individual(s) who has recently received a debt collection communication from your company. Legal Advocates for Seniors and People with Disabilities (LASPD) is a nationwide program of the Chicago Legal Clinic, Inc., a not-for-profit law office providing low-cost legal services to the public.

The Chicago Legal Clinic was founded in 1981 by two law school graduates, Ed Grossman and Bishop Thomas Paprocki, to bring low-cost legal services to unemployed steel workers who were not eligible for free legal assistance. Today, the Chicago Legal Clinic routinely serves more than 12,000 clients a year.

I am requesting that you review the attached affidavit from our client(s) and cease all further communication with our client(s). As you will see, all of the assets and income of our client(s) are protected from attachment by Federal law. We are therefore requesting that you accept the validity of the affidavit and write-off the amount of the debt.

If you have any questions, please contact Legal Advocates for Seniors and People with Disabilities at 312-263-1633.

Very Truly Yours,


Jeff Whitehead
Supervising Attorney

Enclosures


EXHIBIT Group C

**Legal Advocates for Seniors and People with Disabilities**
205 W. Monroe, 4th Floor, Chicago, IL 60606
312-263-1633
Fax: 312-263-1637
E-Mail: LASPD@clclaw.org

March 24, 2006

Phillips & Cohen Associates, Ltd.
258 Chapman Rd.
Suite 205
Newark, DE 19702

Re:   **Melvia E. Loew**
      **LVNV Funding Creditor: (Bank of America)**
      **Your acct.** ▓▓▓▓▓▓

Dear Sir or Madam,

      Legal Advocates for Seniors and People with Disabilities (a division of the Chicago Legal Clinic) provides limited representation to individuals whose income and assets are protected by law. Our client has advised me that your office is considering taking action on behalf of the above-mentioned creditor to collect an outstanding balance due. My objective is to try to persuade you to cease any further collection activity because law protects my client's income and assets, if any.

      We have indicated to our client that most creditors will not pursue a consumer debt if the creditor is aware of all the pertinent facts that may render the debt uncollectible. As such, I am prepared to furnish you with any other appropriate information you may require.

      Thank you in advance for your cooperation.

Very Truly Yours,

Jeff Whitehead
Supervising Attorney

LASPD
205 W. Monroe, 4th Floor
Chicago, IL 60606

# Chicago Legal Clinic,
# Downtown Office
# LASPD

Phone (312) 263-1633
Fax (312) 263-1637

# FAX

To: *Philip & Cohen Associates*  From: *Donna Barber*
Fax: *302-368-0970*  Pages: *2*
Phone: *800-259-6991*  Date: *3/30/06*
RE: *Melvia E. Loew*  CC:
*Your acct.* ▓▓▓▓▓▓▓

Urgent   For Review   Please Comment   Please Reply   Please Recycle

COMMENTS:   Please Contact us if you have any questions or concerns.

THIS FACSIMILE CONTAINS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED
FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS
FACSIMILE IS NOT THE INTENDED RECIPIENT OR AGENT RESPONSIBLE FOR DELIVERING
TO THE INTENDED RECIPIENT, YOU ARE HERBY NOTIFIED THAT ANY DISSEMINATION OR
COPYING OF THIS FACSIMILY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS
FACSIMILE AS ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN
THE ORIGINAL FACSIMILE TO US AT THE ABOVE ADDRESS VIA U.S. MAIL. THANK YOU.

```
                TRANSMISSION VERIFICATION REPORT

                                                TIME : 03/30/2006 09:46


DATE,TIME                       03/30 09:45
FAX NO./NAME                    13023680970
DURATION                        00:00:41
PAGE(S)                         02
RESULT                          OK
MODE                            STANDARD
                                ECM
```

258 Chapman Rd, Suite 205  
Newark, DE 19702  
Return Service Requested

**Phillips & Cohen Associates, Ltd.**  
Ph 800-259-6991  
Fx 302-368-0970

04/25/06

M-TH - 8am - 9pm  
Fri. - 8am - 6pm  
Sat - 8am - 12pm

Melvia E Loew  


258 Chapman Rd  
Suite 205  
Newark, DE 19702

Account #:  
Balance: $7591.14

--- 

*** PLEASE DETACH AND RETURN IN THE ENCLOSED ENVELOPE WITH YOUR PAYMENT ***

Re: Client: LVNV Funding, LLC  
Original Creditor: Bank of America  
Client Acct#:  
Our Acct#:  
Balance: $7591.14

Dear Melvia E Loew

We hoped that you would resolve your longstanding financial obligation with LVNV Funding, LLC prior to initiating further efforts to collect this debt. Your account is still in default and we have an obligation to our client to explore every possible avenue for recovering their money.

We would prefer to resolve this account amicably, and sincerely hope that you will want and choose to do the right thing by repaying your debt.

In consideration of bringing closure to this matter, our client has authorized a limited time offer to repay this debt at a fraction of the entire amount owed. If you react immediately, you will be able to settle this debt for as little as DE % of the entire amount owed.

To capitalize on this offer of settlement, you must contact our office as quickly as possible, but no later than . If you wish to repay but do not currently have the financial resources to take advantage of the offer, please contact our office so that we can establish a payment plan that fits your personal financial situation. We will do whatever we can to work with you.

The disposition of this matter is still in your control. Call us today at 800-259-6991 and let us help.

Sincerely,

Adam S. Cohen  
Co-Chairman/CEO

** IMPORTANT CONSUMER INFORMATION **

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.



Phillips & Cohen Associates, Ltd. • 258 Chapman Rd, Suite 205 • Newark, DE 19702 • (800) 949-4512  
Office Hours: M-Th 8AM-9PM ET; F 8AM-6PM ET; Sat 8AM-12PM ET

(QESP)30:T014:003164:001:1000:06115:PU01:PCAL694:01:                                                                 PCAL694