**E-FILED**
Thursday, 31 August, 2006 02:39:11 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

CENTRAL                    DISTRICT OF                    ILLINOIS

Melvia E. Loew v. Phillips & Cohen Associates, Ltd.,
a New Jersey corporation,

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff:  Melvia E. Loew

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/31/06 | *Bonnie C. Dragotto* |
| Date | Signature |
| | Bonnie C. Dragotto          6286065 |
| | Print Name          Bar Number |
| | 9760 South Roberts Road, Suite One |
| | Address |
| | Palos Hills          Illinois          60465 |
| | City          State          Zip Code |
| | (708) 974-2900          (708) 974-2907 |
| | Phone Number          Fax Number |
| | E-mail:  bdragotto@aol.com |