AO 458 (Rev. 10/95)   Appearance

**E-FILED**
Thursday, 31 August, 2006  02:39:57 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

CENTRAL     DISTRICT OF     ILLINOIS

Melvia E. Loew v. Phillips & Cohen Associates, Ltd.,
a New Jersey corporation,

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff: Melvia E. Loew

I certify that I am admitted to practice in this court.

8/31/06
Date

Signature

David J. Philipps          06196285
Print Name                 Bar Number

9760 South Roberts Road, Suite One
Address

Palos Hills        Illinois        60465
City               State           Zip Code

(708) 974-2900     (708) 974-2907
Phone Number       Fax Number

E-mail:   davephilipps@aol.com