E-FILED
Tuesday, 26 September, 2006 11:52:16 AM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

Melvia E. Loew,
Plaintiff,

**SUMMONS IN A CIVIL ACTION**

V.

Phillips & Cohen Associates, Ltd., a
New Jersey corporation, Defendant.

CASE NUMBER:  3:06-CV-3193

TO: (Name and address of Defendant)

Phillips & Cohen Associates, Ltd.
C/O CT Corporation System, as registered agent
208 S. LaSalle Street
Suite 814
Chicago, Illinois 60604

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_signature_                                    8/31/2006
CLERK                                          DATE

_M. Eddinge_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>SEPTEMBER 12, 2006 AT 9:25AM |
| NAME OF SERVER *(PRINT)*<br>BETH OSBORNE | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): SERVED CORPORATION DEFENDANT, PHILLIPS & COHEN ASSOCIATES, LTD., BY SERVING REGISTERED AGENT CT CORPORATION SYSTEM AT 208 S. LASALLE ST., STE 814, CHICAGO, IL 60604. SERVED DAWN SCHULTZ, AUTHORIZED AGENT; (FEMALE, WHITE, AGE 55, 5'1", BROWN HAIR)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  SEPTEMBER 15, 2006
Date

Signature of Server

Address of Server    LEGAL DOCUMENT MANAGEMENT
SERVICES, INC.
79 W. MONROE ST.
STE 1020
CHICAGO, IL 60603-4964

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.