IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

In the Matter of

MELVIA E. LOEW,                                             **APPEARANCE**

    v.                                                Case  03:06-CV-3193-RM-BGC

PHILLIPS & COHEN ASSOCIATES, LTD.

a New Jersey Corporation.

To the Clerk of this Court and all parties of record:

I hereby enter my appearance as counsel in this case for:

**PHILLIPS & COHEN ASSOCIATES, LTD.**

I certify that I am admitted to practice in this court.

Date:  September 28, 2006

    Respectfully submitted,

    By:  s/ Justin M. Penn
    Attorney for Defendant
    Attorney Bar No. 06283726
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-704-3001 (fax)
    jpenn@hinshawlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

In the Matter of

MELVIA E. LOEW,

    v.     Case 03:06-CV-3193-RM-EGC

PHILLIPS & COHEN ASSOCIATES, LTD.

a New Jersey Corporation.

### CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2006, I electronically filed Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all Counsel of Record.

    s/ Justin M. Penn
    Attorney for Defendant
    Attorney Bar No. 06283726
    HINSHAW & CULBERTSON LLP
    222 North LaSalle Street, Suite 300
    Chicago, IL 60601
    312-704-3000
    312-704-3001 (fax)
    jpenn@hinshawlaw.com