# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| In the Matter of<br>MELVIA E. LOEW,<br>    v.<br>PHILLIPS & COHEN ASSOCIATES, LTD. a New Jersey Corporation. | Case  03:06-CV-3193-RM-EGC |

## MOTION FOR ENLARGEMENT OF TIME

Defendant, PHILLIPS & COHEN ASSOCIATES, LTD., by its attorney Justin M. Penn, and pursuant to Federal Rule of Civil Procedure 6(b), respectfully request that this court grant a 21 day enlargement of time to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1.    Plaintiff's Complaint purports to state a claim under the Fair Debt Collection Practices Act against the defendant.

2.    Plaintiff's Complaint was filed on August 31, 2006 and Defendant was served on September 12, 2006.

3.    Defense counsel was recently retained in this matter and has filed an Appearance. Defendant hereby requests an additional 21 days to answer or otherwise plead.  This time is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.  This time is necessary to analyze the pleading and prepare the appropriate response.

WHEREFORE, defendant, PHILLIPS & COHEN ASSOCIATES, LTD., respectfully requests this court grant an enlargement of time up to and including October 24, 2006 to file an answer or to otherwise plead to Plaintiff's Complaint.

    Respectfully submitted,

    PHILLIPS & COHEN ASSOCIATES, LTD.

    By:   s/Justin M. Penn
        One of its Attorneys
        Justin M. Penn
        Attorney Bar No. 06283726
        HINSHAW & CULBERTSON
        222 N. LaSalle Street, Ste 300
        Chicago, IL 60601
        (312) 704-3000
        jpenn@hinshawlaw.com

6104256v1 NEWFILE

## CERTIFICATE OF SERVICE

    I hereby certify that on September 28, 2006, I electronically filed **Defendant's Motion for Enlargement of Time,** with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

                         PHILLIPS & COHEN ASSOCIATES, LTD.

                         By:    s/Justin M. Penn
                               One of its Attorneys
                               Justin M. Penn
                               Attorney Bar No. 06283726
                               HINSHAW & CULBERTSON
                               222 N. LaSalle Street, Ste 300
                               Chicago, IL 60601
                               (312) 704-3000
                               jpenn@hinshawlaw.com