## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| Melvia E. Loew, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.   03:06-CV-3193-RM-BCG |
| ) | |
| Phillips & Cohen Associates, Ltd., ) | |
| a New Jersey corporation, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF ACCEPTANCE
### OF RULE 68 OFFER OF JUDGMENT

Plaintiff, Melvia E. Loew, hereby advises this Court that she accepts Defendant's October 24, 2006 Rule 68 Offer of Judgment, in the amount of $1,000 in damages plus reasonable attorneys' fees and costs in an amount to be determined by the Court. A copy of Defendant's Offer of Judgment is attached hereto as Exhibit A.

           Respectfully submitted,

           /s/ David J. Philipps
Dated: November 3, 2006    By:  One of Plaintiff's Attorneys

David J. Philipps
Mary E. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2006, a copy of the foregoing **PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Justin M. Penn                          jpenn@hinshawlaw.com
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601

/s/David J. Philipps
David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

Melvia E. Loew, )
)
Plaintiff, )
)
vs. ) No. 03:06-CV-3193-RM-BCG
)
Phillips & Cohen Associates, Ltd., a New Jersey )
Corporation, )
)
Defendant. )

## OFFER OF JUDGMENT

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Phillips & Cohen Associates, Ltd., by its attorneys, David M. Schultz and Justin M. Penn, hereby offers to allow judgment to be entered against it in this action, as follows:

1. On the complaint, plaintiff Melvia E. Loew, individually, to recover $1,000 in statutory and actual damages, and reasonable fees and costs to be determined by the Court.

2. Payment as directed above shall be in full and complete satisfaction, release and discharge of any and all claims arising from the allegations in the plaintiff's Complaint, and plaintiff shall take nothing further for this case, as judgment will be entered against defendant and in favor of plaintiff on the Complaint.

3. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure and is not to be construed as an admission that the defendant is liable in this action, that the plaintiff has suffered any damage, or for any other reason.

4. If this offer is not accepted as provided by Rule 68, it shall be deemed withdrawn and evidence thereof shall not be admissible except in the proceeding to determine costs.

EXHIBIT A

6113376v1 870347

5.  This offer remains open for the ten (10) day period of time provided for in Fed.R.Civ.P. 68, as calculated by the Federal Rules of Civil Procedure.

PHILLIPS & COHEN ASSOCIATES, LTD.

By: _____
    One of its attorneys

David M. Schultz
Justin M. Penn
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
312/704-3000

6113376v1 870347

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that she served the foregoing **Offer of Judgment** via facsimile and messenger from Hinshaw & Culbertson LLP, 222 North LaSalle Street, Suite 300, Chicago, Illinois 60601 on October 24, 2006 to Mr. David J. Philipps, Gomolinski & Philipps, Ltd., 9760 South Roberts Road, Suite One, Palos Hills, IL 60465.

UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO FEDERAL COURT RULE 28 USC SEC. 1746 I CERTIFY THAT THE STATEMENTS SET FORTH HEREIN ARE TRUE AND CORRECT.

Candy Velazquez

6113376v1 870347