IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| Melvia E. Loew, | ) |
|     Plaintiff, | ) ) ) |
|     v. | )   No.   03:06-CV-3193-RM-BCG ) |
| Phillips & Cohen Associates, Ltd., a New Jersey corporation, | ) ) ) ) |
|     Defendant. | ) |

**PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT**

Plaintiff, Melvia E. Loew, hereby moves this Court, pursuant to Fed.R.Civ.P. Rule 68, to direct the Clerk of the Court to enter judgment against the Defendant pursuant to Plaintiff Loew's acceptance of Defendant's Offer of Judgment.  In support thereof, Plaintiff states as follows:

1.	Plaintiff Loew's Complaint against Defendant Phillips & Cohen Associates, filed on August 31, 2006, set forth that Defendant's communications violated § 1692c and § 1692e of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").  See, Compl., Dkt. No. 1 at ¶¶ 10-16.

2.	On October 24, 2006, Defendant made an Offer of Judgment pursuant to Rule 68, in the amount of $1,000 in damages for the Plaintiff, plus reasonable attorneys' fees and costs in an amount to be determined by the Court.  Plaintiff filed her acceptance of the Offer on November 3, 2006.  (Dkt. No. 9).

3.	Pursuant to Local Rule 54.1, Plaintiff's request for attorneys' fees must be filed within 30 days of the entry of final judgment.  A final judgment, however, has not yet been entered by the Clerk of the Court.

4.  Accordingly, judgment against the Defendant should be entered by the Clerk of the Court, and Plaintiff's fee petition should be due 30 days from the Clerk's entry of judgment against the Defendant.

WHEREFORE, Plaintiff, Melvia E. Loew, requests that this Court direct the Clerk to enter judgment against the Defendant.

        Melvia E. Loew,

        By: /s/ David J. Philipps_____
        One of Plaintiff's Attorneys

Dated: December 21, 2006

David J. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 21, 2006, a copy of the foregoing **PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Justin M. Penn                              jpenn@hinshawlaw.com
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL  60601

/s/David J. Philipps
David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com