IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MELVIA E. LOEW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 06-3193 |
| ) | |
| PHILLIPS & COHEN ASSOCIATES, ) | |
| LTD., a New Jersey Corporation, ) | |
| ) | |
| Defendant. ) | |

OPINION

RICHARD MILLS, U.S. District Judge:

This case is before the Court on the Plaintiff's motion for entry of judgment.

Plaintiff Melvia E. Loew moves pursuant to Federal Rule of Civil Procedure 68 to direct the Clerk of the Court to enter judgment against Defendant Phillips and Cohen Associates, based on the Plaintiff's acceptance of the Defendant's offer of judgment.

In support of her motion, the Plaintiff states that her complaint

1

against the Defendant was filed on August 31, 2006. In the complaint, the Plaintiff alleged that the Defendant's communications violated section 1692c and 1692e of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. On October 24, 2006, the Defendant made an Offer of Judgment pursuant to Rule 68, in the amount of $1,000 in damages for the Plaintiff, plus reasonable attorneys' fees and costs in an amount to be determined by the Court. On November 3, 2006, the Plaintiff filed her Notice of Acceptance of the Offer of Judgment.

> Rule 68 provides in pertinent part:
>
> At any time more than 10 days before the trial begins, a party defending against a claim may serve upon the adverse party an offer to allow judgment to be taken against the defending party for the money or property or to the effect specified in the offer, with costs then accrued. If within 10 days after the service of the offer the adverse party serves written notice that the offer is accepted, either party may then file the offer and notice of acceptance together with proof of service thereof and thereupon the clerk shall enter judgment.

Fed. R. Civ. P. 68. The Plaintiff's Notice of Acceptance complies with the requirements of Rule 68.

Ergo, the Plaintiff's motion for entry of judgment [d/e 10] is

2

ALLOWED. The Clerk of Court is Directed to enter judgment against the Defendant pursuant to the Plaintiff's acceptance [d/e 9] of the Defendant's offer of judgment.

Pursuant to Local Rule 54.1(A), the Plaintiff has 30 days from the date on which judgment is entered in which to file her request for attorney's fees.

ENTER: January 16, 2007

FOR THE COURT:

s/Richard Mills
United States District Judge