AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MELVIA E. LOEW,**
        **Plaintiff,**

     vs.                                              Case Number:  **06-3193**

**PHILLIPS & COHEN ASSOCIATES LTD,**
a New Jersey corporation,
        **Defendant.**

☐ **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to the Opinion entered by Judge Richard Mills. The Plaintiff's motion for entry of judgment (d/e 10) is allowed. Judgment is entered against the Defendant pursuant to the Plaintiffs acceptance of the Defendants offer of judgment. This case is closed.--------------------------

ENTER this 16th day of January 2007

s/ John M. Waters
JOHN M. WATERS, CLERK

s/ M. Eddings
_____
BY: DEPUTY CLERK