IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| MELVIA E. LOEW, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No.: 03: 06-CV-3193-RM-BGC |
| | ) |
| PHILLIPS & COHEN ASSOCIATES, LTD., a | ) |
| New Jersey corporation, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FEE RESOLUTION**

NOW COMES Defendant, Phillips & Cohen Associates, Ltd. ("Defendant"), by and through its attorneys, David M. Schultz and Justin M. Penn, and for its Notice of Fee Resolution, states as follows:

1.      On October 24, 2006, Defendant made an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of $1,000 in damages to the plaintiff and reasonable fees and costs to be determined by this Court. On November 3, 2006, plaintiff filed her acceptance of the Offer.

2.      On January 16, 2007, this Court entered judgment in favor of the plaintiff and directed the plaintiff to file her request for attorney fees within 30 days.

3.      Parties have resolved the issue of attorney fees and have agreed to resolve issue without a fee petition by the plaintiff for $2,500 in fees and costs, for a total settlement of $3,5000.

6152440v1 870347

4.  Defendant files this Notice to inform the Court of the resolution of the fee issue and as notice that no fee petition will be filed in this case.

Respectfully Submitted,

PHILLIPS & COHEN ASSOCIATES, LTD

By: <u>s/Justin M. Penn</u>
One of the Attorneys for Defendant

David M. Schultz
Justin M. Penn
**HINSHAW & CULBERTSON LLP**
222 N. LaSalle Street
Suite 300
Chicago, Illinois 60601
Phone: (312) 704-3000
Fax:    (312) 704-3001

## CERTIFICATE OF SERVICE

    I, an attorney, hereby certify that on February 16, 2007, I electronically filed **Notice of Fee Resolution** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to David J. Philipps and Bonnie C. Dragotto at Gomolinski & Phillips.

                                                                    s/Justin M. Penn
                                                                    Justin M. Penn

6152440v1 870347