# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| Melvia E. Loew, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    3:06-CV-3193-RM-BCG |
| | ) | |
| Phillips & Cohen Associates, Ltd., a | ) | |
| New Jersey corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Plaintiff, Melvia E. Loew, hereby states that the January 16, 2007 Judgment entered in this matter against Defendant, Phillips & Cohen Associates, Ltd., has been satisfied.

/s/_David J. Philipps_____
One of Plaintiff's Attorneys

Dated: February 22, 2007

David J. Philipps
Bonnie C. Dragotto
Gomolinski & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 22, 2007, a copy of the foregoing **Satisfaction of Judgment** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Justin M. Penn                                        jpenn@hinshwlaw.com
Hinshaw & Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, IL 60601

/s/David J. Philipps
David J. Philipps
Gomolinski & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com